MARY A. MCKEE, APPELLEE, v. BRIDGET FAGAN ET AL., APPELLANTS.

FILED FEBRUARY 4, 1903. No. 12,600.

Judicial Sale: CONFIRMATION. Order confirming judicial sale, based upon fairly conflicting evidence, will be affirmed.

APPEAL from the district court for Sherman county. Heard below before SULLIVAN, J. Affirmed.

Thomas S. Nightingale, for appellants.

Aaron Wall, contra.

PER CURIAM.

This is an appeal from an order confirming a judicial sale of real estate. The ground upon which a reversal is claimed is that the appraisment was too low. We have no means of determining whether the estimate of the appraisers or that of the three witnesses who testified for appellants represents the true value of the property. The decision of the trial court is based upon conflicting evidence and must be permitted to stand. Order

AFFIRMED.

Syllabus by court; catch-words by editor.